1  CENTER FOR DISABILITY ACCESS
2  Ray Ballister, Jr., Esq., SBN 111282
   Amanda Seabock, Esq., SBN 289900
3  Dennis Price, Esq., SBN 279082
4  100 Pine St., Ste 1250
   San Francisco, CA 94111
5  (858) 375-7385
   (888) 422-5191 fax
6  amandas@potterhandy.com
7  Attorneys for Plaintiff

8  KATHERINE R. MOORE, ESQ. (SBN
9  199808)
   CHARLES P. STONE, ESQ. (SBN 224897)
10 kate.moore@katemoorelaw.com
11 LAW OFFICE OF KATHERINE R. MOORE
   A Professional Corporation
12 600 Allerton Street, Suite 202
13 Redwood City, CA 94063
   Telephone (650) 995-7312
14 Facsimile (650) 995-7862
   Attorneys for Defendants
15 Fahim Shafik Pizza Zone, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>       Plaintiff,<br><br>   v.<br><br>FAHIM SHAFIK PIZZA ZONE, INC., a California Corporation; and Does 1-10,<br><br>       Defendant. | Case: 4:21-cv-09792-YGR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: July 15, 2022         CENTER FOR DISABILITY ACCESS

                             By:   /s/Amanda Seabock
                                   Amanda Seabock
                                   Attorneys for Plaintiff

Dated: July 15, 2022         LAW OFFICE OF KATHERINE R. MOORE

                             By:   /s/Katherine R. Moore
                                   Katherine R. Moore
                                   Attorneys for Defendant
                                   Fahim Shafik Pizza Zone, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Katherine R. Moore, counsel for Fahim Shafik Pizza Zone, Inc., and that I have obtained Katherine R. Moore authorization to affix her electronic signature to this document.

Dated: July 15, 2022          CENTER FOR DISABILITY ACCESS

                              By:  /s/Amanda Seabock
                                   Amanda Seabock
                                   Attorneys for Plaintiff