CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

KATHERINE R. MOORE, ESQ. (SBN 199808)
CHARLES P. STONE, ESQ. (SBN 224897)
kate.moore@katemoorelaw.com
LAW OFFICE OF KATHERINE R. MOORE
A Professional Corporation
600 Allerton Street, Suite 202
Redwood City, CA 94063
Telephone (650) 995-7312
Facsimile (650) 995-7862
Attorneys for Defendants
Fahim Shafik Pizza Zone, Inc.

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
7/19/2022

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BRIAN WHITAKER,

    Plaintiff,

  v.

FAHIM SHAFIK PIZZA ZONE, INC., a California Corporation; and Does 1-10,

    Defendant.

Case: 4:21-cv-09792-YGR

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

1

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: July 15, 2022          CENTER FOR DISABILITY ACCESS

                              By:   /s/Amanda Seabock
                                    Amanda Seabock
                                    Attorneys for Plaintiff

Dated: July 15, 2022          LAW OFFICE OF KATHERINE R. MOORE

                              By:   /s/Katherine R. Moore
                                    Katherine R. Moore
                                    Attorneys for Defendant
                                    Fahim Shafik Pizza Zone, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Katherine R. Moore, counsel for Fahim Shafik Pizza Zone, Inc., and that I have obtained Katherine R. Moore authorization to affix her electronic signature to this document.

Dated: July 15, 2022          CENTER FOR DISABILITY ACCESS

By:   /s/Amanda Seabock
      Amanda Seabock
      Attorneys for Plaintiff

**PROOF OF SERVICE**
**Whitaker v. Fahim Shafik Pizza Zone, Inc.**
**4:21-cv-09792-YGR**

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 100 Pine St., Ste 1250 San Francisco, CA 94111

On July 15, 2022 I served the following document(s):
- **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Addressed to:

> **Katherine R. Moore**
> LAW OFFICE OF KATHERINE R. MOORE
> 600 Allerton Street, Suite 202
> Redwood City, CA 94063

- ☐ <u>BY MAIL:</u> I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Friendswood, Texas.
- ☐ <u>BY FACSIMILE:</u> In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
- ☐ <u>BY OVERNITE EXPRESS:</u> I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.
- ☐ <u>BY PERSONAL SERVICE:</u> I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
- ☑ <u>BY ELECTRONIC MAIL TRANSMISSION:</u> via email. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on July 15, 2022, from Friendswood, Texas.

I declare under penalty of perjury under the laws of the State of California that the above is true and corprect.

_____
Vanessa Pereira

PROOF OF SERVICE